UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-CR-0316 |
| | ) | |
| Plaintiff, | ) | O R D E R |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY LIENG, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration and good cause appearing therefore IT IS HEREBY ORDERED that attorney WILLIAM G. PANZER be allowed to substitute as counsel of record for defendant ANDY LIENG, in place and instead of the Office of the Federal Public Defender. This substitution does not extend any currently-set dates in the case, and new counsel is expected to move the case to resolution, either plea or trial, forthwith.

IT IS SO ORDERED.

**Dated:   July 16, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE