```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )  | 1:07-cr-0316 LJO |
| )  Plaintiff,                         )  | |
| v.                                    )  | ORDER |
| ANDY LIENG,                           )  | |
| aka Xi Andy Lieng, Jr.,               )  | |
| aka Andy Xi Lieng, Jr.,               )  | |
| Defendant.                            )  | |
| _____) | |

Having read and considered the parties' stipulation to vacate the current trial confirmation date of February 12, 2009, and trial date of March 2, 2009, and reset the matter for further status conference,

IT IS THE ORDER of the Court that the trial confirmation and trial dates are hereby vacated and the matter is reset for a further status conference on Friday, March 6, 2009, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the

1

1  failure to grant the continuance would deny the parties an
2  opportunity to potentially obtain a global resolution of this
3  matter and other matters under investigation and would deny the
4  defendant an opportunity to properly investigate.
5       WHEREFORE IT IS HEREBY ORDERED that time shall be excluded
6  in the interest of justice, pursuant to 18 U.S.C. §
7  3161(h)(8)(A).

9  IT IS SO ORDERED.
10 **Dated:    February 4, 2009**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2