```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0316 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDY LIENG, | ) | |
|   aka Xi Andy Lieng, Jr., | ) | |
|   aka Andy Xi Lieng, Jr., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Having read and considered the parties' stipulation to vacate the status conference date of April 10, 2009, and reset the matter for May 15, 2009, at 9:00 a.m.,

IT IS THE ORDER of the Court that the status conference currently set for April 10, 2009, is hereby vacated and the matter is reset for a further status conference on Friday, May 15, 2009, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the

1

failure to grant the continuance would deny the parties an opportunity to potentially obtain a global resolution of this matter and other matters under investigation and would deny the defendant an opportunity to properly investigate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated: March 19, 2009**                /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE