```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )  1:07-cr-0316 LJO
                                )
12             Plaintiff,       )
                                )
13      v.                      )  ORDER Granting continuance;
                                )
14 ANDY LIENG,                  )  NO FURTHER CONTINUANCES
     aka Xi Andy Lieng, Jr.,    )
15   aka Andy Xi Lieng, Jr.,    )
                                )
16                              )
             Defendant.         )
17 _____)
18
19      Having read and considered the parties' stipulation to
20 vacate the current status conference date of May 15, 2009, and
21 reset the matter for further status conference,
22      IT IS THE ORDER of the Court that the status conference date
23 is hereby vacated and the matter is reset for a further status
24 conference on Friday, July 17, 2009, at 9:00 a.m.
25      The Court further finds that the ends of justice served by
26 granting the **FINAL** requested continuance outweigh the best
27 interests of the public and the defendant in a speedy trial, in
28 that the failure to grant the continuance would deny the parties
```

1

an opportunity to potentially obtain a global resolution of this matter and other matters under investigation and would deny the defendant an opportunity to properly investigate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

THIS CASE IS OLD. NO FURTHER CONTINUANCES ARE TO BE REQUESTED; NONE WILL BE GRANTED.

IT IS SO ORDERED.

**Dated:   May 14, 2009**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE