# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No.  07-0316 LJO
Andy Lieng )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Andy Lieng_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove Jenny Chi Ha as the third party custodian and order the following person to serve as the third party custodian: Aluc May Lieng.

All previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  01/08/10        _____  1-8-10
Signature of Defendant    Date              Pretrial Services Officer   Date
Andy Lieng                                  Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              1/8/10
Signature of Assistant United States Attorney                        Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              1-8-10
Signature of Defense Counsel                                         Date
William G. Panzer

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  1/8/10 .
☐ The above modification of conditions of release is *not* ordered.

_____                                              1/13/10
Signature of Judicial Officer                                        Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services