

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07CR316 LJO |
|---|---|---|
| Plaintiff, | ) | APPLICATION TO UNSEAL SECOND SUPERSEDING INDICTMENT AND PROPOSED ORDER |
| v. | ) | |
| ANDY LIENG, et al., | ) | |
| Defendants. | ) | |

The United States of America hereby applies to this Court for an order unsealing the Second Superseding Indictment in this case.

This motion is based on the fact that the new defendants charged in the Second Superseding Indictment have, as of this date, been apprehended.

Dated: February 19, 2010            Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

1

1 | It is so ordered.
2 | February 19, 2010

SANDRA M. SNYDER
U.S. Magistrate