UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:07-cr-00316 LJO** |
| Plaintiff, | **ORDER TO COMPLY WITH COURT'S ELECTRONIC FILING RULES OR APPEAR AND SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED (L.R. 5-133)** |
| vs. | |
| JENNY CHI HA, | |
| Defendant. | **Date:  August 6, 2010** |
| _____/ | **Time: 10:00 a.m.**<br>**Courtroom 4** |

TO:     Paul Raymond Turley

Effective January 3, 2005, this court became an electronic filing district.  All attorneys practicing in this district are required to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were served written notice of this requirement, a copy of which is attached hereto, on June 1, 2010, and directed to register for CM/ECF.  To date, you have failed to register.

YOU ARE HEREBY ORDERED to register for the court's electronic filing system within ten (10) days of service of this order, or appear in this court on August 6, 2010, at 10:00 a.m. to SHOW CAUSE why sanctions should not be imposed for your failure to comply with the rules of court.

Failure to comply with this order will result in contempt procedures.

IT IS SO ORDERED.

**Dated:    July 8, 2010**              _____/s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT JUDGE