BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-0316 LJO |
| | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| Plaintiff, | ) | HANDWRITING EXEMPLARS AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ANDY LIENG, | ) | |
|   aka Xi Andy Lieng, Jr., | ) | |
|   aka Andy Xi Lieng, Jr., | ) | |
| JENNY CHI HA, | ) | |
|   aka Phuong A. Ha, | ) | |
| TONY LIENG, | ) | |
|   aka Ung A. Lieng, | ) | |
| LYNN TRUONG, | ) | |
|   aka Linh Thi Truong, | ) | |
| SHIRLEY WONG, | ) | |
|   aka Ngoc Le Vuong, and | ) | |
| MONIQUE LE NGUYEN, | ) | |
|   aka Monique Dzung Le, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   The United States, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, and KAREN A. ESCOBAR, Assistant U.S. Attorney, hereby moves to compel the defendants to provide handwriting exemplars.

1

Although some of the defendants have provided handwriting exemplars already, the government's expert needs additional exemplars for comparison.

Compulsion of handwriting exemplars is neither a search or seizure subject to Fourth Amendment protections, nor testimonial evidence protected by the Fifth Amendment privilege against self-incrimination.  <u>Gilbert v. California</u>, 388 U.S. 263, 265-67 (1967).  Accordingly, it is respectfully requested that the government's motion to obtain handwriting exemplars be granted.

DATED: August 4, 2010                     Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                          By: <u>/s/ Karen A. Escobar</u>
                                              KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


<u>O R D E R</u>

Having reviewed the government's application to obtain handwriting exemplars, and receiving no objections, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-named defendants allow Government agents to obtain their handwriting in a manner directed by the Government.


**IT IS SO ORDERED.**

**Dated:   September 2, 2010**                     <u>/s/ Lawrence J. O'Neill</u>
                                          UNITED STATES DISTRICT JUDGE