# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDY LIENG, JENNY CHI HA<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-CR-00316 LJO<br><br>NOTICE OF HEARING FOR:<br>　1. STATUS OF REPRESENTATION<br>　2. GOVERNMENT'S MOTION FOR EXEMPLARS<br><br>MANDATORY PERSONAL APPEARANCE BY ACTUAL TRIAL COUNSEL |

　　The Government filed its motion "For Court Inquiry" which describes what appears to be an out-of-control case.

　　A hearing to place this case squarely back on a fast track to resolution (by dismiss, plea or trial) will occur on Friday April 1, 2011 at 10:30am before Judge Lawrence J. O'Neill.  Trial counsel (i.e. counsel who will actually try the case if it goes to trial) are required to be in the Courtroom personally.

IT IS SO ORDERED.

**Dated:   March 18, 2011**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE