

FILED

MAY 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

# SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07CR316 LJO |
| Plaintiff, | |
| v. | ORDER TO UNSEAL REDACTED THIRD SUPERSEDING INDICTMENT |
| ANDY LIENG,<br>   aka Xi Andy Lieng, Jr.,<br>   aka Andy Xi Lieng, Jr.,<br>JENNY CHI HA,<br>   aka Phuong A. Ha,<br>TONY LIENG,<br>   aka Ung A. Lieng,<br>LYNN TRUONG,<br>   aka Linh Thi Truong, and<br>RICHARD LIENG,<br>Defendants. | **Under Seal** |

Having considered the government's application to unseal only the redacted Third Superseding Indictment in the above-captioned proceeding,

IT IS HEREBY ORDERED that the redacted Third Superseding Indictment shall be UNSEALED and provided to the first four above-named defendants at their arraignment and plea on the Third Superseding Indictment pending the arrest of RICHARD LIENG.

IT IS FURTHER ORDERED that the original Third Superseding

1

1 | Indictment, the government's application and this order remain
2 | SEALED.
3 | Dated: May 19, 2011
4 |
                                              LAWRENCE J. O'NEILL
                                              U.S. District Judge