BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAY 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07CR0316 LJO |
| Plaintiff, | |
| v. | APPLICATION TO UNSEAL INDICTMENT |
| ANDY LIENG, et al., | AND ~~PROPOSED~~ ORDER |
| Defendants. | |

The United States of America hereby applies to this Court for an order unsealing the Third Superseding Indictment in the above-captioned proceedings.

U.S. District Judge Lawrence J. O'Neill previously ordered the redaction of defendant Richard Lieng from the Third Superseding Indictment pending his apprehension.  Richard Lieng has since been arrested and is in federal custody, obviating redaction.

Dated: May 23, 2011            Respectfully submitted,

                               BENJAMIN B. WAGNER
                               United States Attorney
                               By: Karen Escobar
                                 KAREN A. ESCOBAR
                               Assistant U.S. Attorney

1

1

<u>O R D E R</u>

2

Having considered the government's application to unseal the

3

Third Superseding Indictment in the above-captioned proceeding,

4

IT IS HEREBY ORDERED that the Third Superseding Indictment

5

shall be UNSEALED.

6

Dated: May 23 , 2011

7

GARY S. AUSTIN
U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2