BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
YASIN MOHAMMAD
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | 1:07-CR-00316 LJO |
| )   | |
| Plaintiff,   )   | STIPULATION AND ORDER THEREON |
| )   | FOR CONTINUANCE |
| v.   )   | |
| )   | |
| ANDY LIENG, et al.,   )   | |
| )   | |
| Defendants.   )   | |
| _____)   | |

    Defendant ANDY LIENG, by and through his attorney, WILLIAM PANZER, Defendant JENNY CHI HA, by and through her attorney, PAUL TURLEY, Defendant TONY LIENG, by and through his attorney, JON RENGE, Defendant LYNN TRUONG, by and through her attorney, ROGER LITMAN, Defendant RICHARD LIENG, by and through his attorney, MARK BROUGHTON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR and YASIN MOHAMMAD, Assistant United States Attorneys, hereby stipulate that the motion in limine currently set for March 21, 2012, with responses due on April 10, 2012, shall be continued to April 5 for the filing of motions and April

1  12 for the filing of any response.  The parties stipulate that
2  the continuance is necessitated by the parties' desire to pursue
3  plea discussion, conduct further investigation and to inspect
4  grand jury material, consisting of approximately six tubs of
5  documents, some of which was produced in discovery in accordance
6  with Rule 16 and some of which the government does not intend to
7  introduce at trial and was not therefore produced.
8      In addition, a stipulation would accommodate Mr. Litman's
9  planned vacation.
10     The proposed continuance would not affect the current in
11 limine/trial confirmation date of April 16 at 8:30 a.m.
12 Dated: March 12, 2012                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney
                                       YASIN MOHAMMAD
                                       Assistant U.S. Attorney

                                   By: /s/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney
                                   By: /s/ William Panzer
                                       WILLIAM PANZER
                                       Counsel for Defendant Andy
                                       Lieng
                                   By: /s/ Paul Turley
                                       PAUL TURLEY
                                       Counsel for Defendant Jenny
                                       Chi Ha

                                   By: /s/ Jon Renge
                                       JON RENGE
                                       Counsel for Defendant Tony
                                       Lieng

                                   By: /s/ Roger Litman
                                       ROGER LITMAN
                                       Counsel for Defendant Lynn
                                       Truong

                                   By: /s/ Mark Broughton
                                       MARK BROUGHTON
                                       Counsel for Defendant Richard
                                       Lieng

**O R D E R**

Based on the stipulation of the parties,

Any motions in limine in this matter shall now be filed on or before April 5, 2012, and any responses thereto shall be filed on or before April 12, 2012.  The good cause is the serious plea negotiations as represented by the officers of the court.

IT IS SO ORDERED.

**Dated:   March 13, 2012**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE