BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
YASIN MOHAMMAD
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

APR 1 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   1:07-cr-0316 LJO
                                )
            Plaintiff,          )   [PROPOSED] ORDER Re:
                                )   GOVERNMENT'S MOTION TO
      v.                        )   DISMISS COUNTS THREE AND
                                )   FOUR AS TO DEFENDANT ANDY
ANDY LIENG,                     )   LIENG
  aka Xi Andy Lieng, Jr.,       )
  aka Andy Xi Lieng, Jr.,       )
                                )
            Defendant.          )
                                )

Having reviewed and considered the government's Motion to Dismiss Counts Three and Four of the Fifth Superseding Indictment as to Defendant Andy Lieng,

IT IS HEREBY ORDERED that said motion is GRANTED.

DATED: April 16, 2012                          _____
                                               LAWRENCE J. O'NEILL
                                               U.S. District Judge

1