KATHERINE HART #76715
Law Offices of Katherine Hart
2055 San Joaquin Street
Fresno, CA  93721
Tel: (559) 256-9800
Fax: (559) 256-9798

Attorney for Defendant,
XI ANDY LIENG aka ANDY LIENG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>XI ANDY LIENG aka ANDY LIENG,<br><br>  Defendant. | CR. No. 1:07-cr-316 LJO<br><br>**NOTICE OF APPEAL**, REQUEST FOR WAIVER OF FILING FEE ON APPEAL AS DEFENDANT IS INDIGENT; ORDER FOR WAIVER OF FILING FEE ON APPEAL |

Defendant XI ANDY LIENG aka ANDY LIENG,, through his attorney KATHERINE HART, hereby files a NOTICE OF APPEAL to the Ninth Circuit Court of Appeals from the judgment and commitment issued August 21, 2012.

At sentencing, the court approved the appointment of Criminal Justice Act (CJA) counsel;  defendant is indigent and requests a waiver of filing fees on appeal.

1

Dated: August 23, 2012        /s/Katherine Hart
                              KATHERINE HART. Attorney at Law


Dated: August 23, 2012        /s/Xi Andy Lieng aka Andy Lieng XI
                              ANDY LIENG AKA ANDY LIENG,
                              Defendant and Appellant.

## ORDER

Defendant having declared that he is indigent, and the court having appointed counsel on appeal under the Criminal Justice Act CJA (Criminal Justice Act), it is hereby ordered that filing fees and costs for the appeal are hereby waived.

IT IS SO ORDERED.

**Dated:   August 23, 2012**        /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2