HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
XI ANDY LIENG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XI ANDY LIENG,<br><br>　　　　Defendant. | No. Cr. F 1:07-cr-316 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, XI ANDY LIENG, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On August 21, 2012, this Court sentenced Mr. Lieng to a term of 121 months imprisonment;

　　　　3.　　His total offense level was 32, his criminal history category was I, and the resulting guideline range was 121 to 151 months;

Stipulation and Order Re: Sentence Reduction　　　　1

4. The sentencing range applicable to Mr. Lieng was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Lieng's total offense level has been reduced from 32 to 30, and his amended guideline range is 97 to 121 months. He is subject to the statutory mandatory minimum of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lieng's term of imprisonment to 120 months.

Respectfully submitted,

Dated:  January 22, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 22, 2016

HEATHER E. WILLIAMS
Federal Defender


/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
XI ANDY LIENG

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lieng is entitled to the benefit Amendment 782, which reduces the total offense level from 32 to 30, resulting in an amended guideline range of 97 to 121 months. He is subject to the statutory mandatory minimum of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2012 is reduced to a term of 120 months. If this sentence is less than the amount of time the defendant already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an AO247 form reflecting the above reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lieng shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **January 25, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE