# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Lawrence J. O'Neill
Chief United States District Judge
Fresno, California

                                   RE: USA v. Lieng, et al
                                   Docket Number:   1:07CR00316
                                   **SUPPLEMENT TO JUDGMENT**

Your Honor:

In March 2018, staff in the financial office of the District Court Clerk's Office advised the undersigned officer that the Original Judgments for several defendants in this matter contain errors requiring correction before collected monies can be dispersed to victims.  Through additional discussions with the financial staff and Assistant United States Attorney Karen A. Escobar, it was determined it would also be beneficial if financial staff were aware of the joint and several relationships now that all the defendants in this matter have been sentenced.

As the time period for amended judgments has expired, the undersigned probation officer, in consultation with Assistant United States Attorney Karen A. Escobar and financial staff in the Clerk's office requests the Court adopt the recommendations below as a Supplement to the Judgments originally filed.  Attempts (noted below) have been made to contact defense counsel with limited success.  As these requests are not punitive, and serve only to clarify issues at the request to the financial staff in the Clerk's office, it is thought the Court can approve the recommendations without input from defense counsel.

## Defendant 002 – Jenny Ha

On July 3, 2012, Jenny Ha was sentenced to a 21-month term of imprisonment and 60 months supervised release for a violation to 18 U.S.C. § 1341 and 1349, Conspiracy to Commit Mail Fraud. Ms. Ha was also ordered to pay restitution totaling $344,308.39.

Ms. Ha commenced her term of supervised release in the Northern District of California on April 25, 2014.

Defense counsel, Paul Turley, was contacted; however, he advised he is no longer representing clients or practicing law.

The parties recommend the following:
1. Restitution is reduced to $180,748.39, payable fully to Wells Fargo Home Mortgage, as one victim is no longer requesting restitution. This restitution is joint and several with Andy Lieng (001) and Monique Nguyen (006.)

**Defendant 003 – Tony Lieng**
On September 4, 2012, Tony Lieng was sentenced to a 30-month term of imprisonment and 60 months supervised release for a violation to 18 U.S.C. § 1341 and 1349, Conspiracy to Commit Mail Fraud. Mr. Lieng was also ordered to pay restitution totaling $205,878.

Mr. Lieng commenced his term of supervised release on January 9, 2015.

Defense counsel, Jon Renge, was contacted; however, advised he no longer practices in federal courts, and was not comfortable reviewing the undersigned's request.

The parties recommend the following:
1. Restitution is reduced to $205,877.85. This restitution should be joint and several with codefendants Shirley Wong (005) and Monique Nguyen (006).
2. The lump sum payment is $205,977.85.

**Defendant 005 – Shirley Wong**
On April 1, 2011, Shirley Wong was sentenced to a 21-month term of imprisonment and 60 months supervised release for a violation to 18 U.S.C. § 1341 and 1349, Conspiracy to Commit Mail Fraud. Ms. Wong was also ordered to pay restitution totaling $342,095.12.

Ms. Wong commenced her term of supervised release, in the Northern District of California, on August 11, 2011, and completed supervision on August 10, 2016.

Defense counsel, Pal Anthony Lengyel-Leahu, has been contacted and advised the request seems reasonable; however, he is engaged in efforts to contact the defendant.

The parties recommend the following:
1. Restitution to Capital One Bank in the amount of $136,217.27. Payments should be sent to Capital One Bank, Attention Robin Tharpe, 3905 North Dallas Parkway, Plano, Texas, Account Numbers 4033494 and 20301037. This restitution is joint and several with codefendant Monique Nguyen (006).
2. Restitution to Deutsche Bank in the amount of $205,877.85. Payments should be sent to Deutsche Bank at 60 Wall Street, 36th Floor, New York, New York. This restitution should be joint and several with codefendants Monique Nguyen (006) and Tony Lieng (003).

**Defendant 006 – Monique Nguyen**

On December 3, 2010, Monique Nguyen was sentenced to a 20-month term of imprisonment and 36 months supervised release for a violation to 18 U.S.C. § 1341 and 1349, Conspiracy to Commit Mail Fraud. Ms. Nguyen was also ordered to pay restitution totaling $678,224.

Ms. Nguyen commenced supervision on July 29, 2011, and supervision terminated on July 28, 2014.

Unfortunately, defense counsel, J.M. Irigoyen, could not be contacted due to his death.

The parties agree to the following:
1. Restitution is reduced to $522,843.51, as one victim is no longer seeking restitution.
2. Restitution to Capital One Bank in the amount of $136,217.27. Payments should be sent to Capital One Bank, Attention Robin Tharpe, 3905 North Dallas Parkway, Plano, Texas, Account Numbers 4033494 and 20301037. This restitution should be joint and several with codefendant Shirley Wong (005).
3. Restitution to Deutsche Bank in the amount of $205,877.85. Payments should be sent to Deutsche Bank, 60 Wall Street, 36th Floor, New York, New York. This restitution is joint and several with codefendants Tony Lieng (003) and Shirley Wong (005).
4. Restitution to Wells Fargo Home Mortgage in the amount of $180,748.39. Payments should be sent to: Attention Amy Kellis, MAC# X2303-048, 1 Home Campus 4th Floor, Des Moines, Iowa, 50328, re: Loan # 226875580. This restitution is joint and several with Andy Lieng (001) and Jenny Ha (002).

Should Your Honor require any additional information, please contact the undersigned at Your Honor's earliest convenience.

                                                  Respectfully submitted,

                                            **ANTHONY A. ANDREWS**
                                    **Supervisory United States Probation Officer**

Dated: May 3, 2019
       Fresno, California

**ORDER OF THE COURT**

☒   Approved     ☐   Disapproved

IT IS SO ORDERED.

Dated:  **May 3, 2019**           **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE

Attachment(s)
Original Judgment


cc:   Karen A. Escobar
      Assistant United States Attorney