IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>XI ANDY LIENG, JENNY CHI HA, et al.<br><br>    Defendants. | CASE NO. 1:07-cr-00316-LJO<br><br>ORDER EXONERATING $150,000 BOND AND DIRECTING RECONVEYANCE OF DEED OF TRUST |

On June 7, 2021, the United States requested that the Court enter an order exonerating the $150,000 bond securing Xi Andy Lieng's appearance and directing the Clerk of Court to reconvey the Deed of Trust it holds against Jenni Chi Ha's real property.

For the reasons stated in the United States' request, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The $150,000 bond is exonerated;

2. The Clerk of Court is directed to immediately reconvey the Deed of Trust, dated December 10, 2007, recorded in the Alameda County Recorder's Office on December 11, 2007 as Document Number 2007418349, to Jenny Chi Ha, Trustor.

IT IS SO ORDERED.

Dated:  **June 11, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER EXONERATING $150,000 BOND AND DIRECTING RECONVEYANCE OF DEED OF TRUST